UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ADMINISTRATIVE ORDER
No. 24-11

**Reassignment of Judge A. Benjamin Goldgar's Cases**

Judge A. Benjamin Goldgar having announced his retirement effective August 30, 2024, **IT IS ORDERED:**

Except as otherwise ordered, all pending cases assigned to Judge Goldgar as well as any related adversary proceedings and any pending adversary proceedings in closed bankruptcy cases assigned to Judge Goldgar are reassigned to Calendar ABG.

The clerk is authorized to modify the court's electronic case management records to conform with this order.

This order is effective as of the close of business on August 30, 2024.

Dated: August 16, 2024

*Jacqueline P. Cox*

Jacqueline P. Cox
Chief Bankruptcy Judge